ORIGINAL

**FILED**
OCT 12 2012
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

(c+ order to chambers 10-15-12-bo)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re: Niko Black

Debtor.

CASE No.: 8:12-bK-16346-TA
court case # 30201100518583

Chapter: 7

Title: Motion to uphold enforcement of order denying motion for relief of Automatic stay for failure to prosecute

DATE: ~~12 Oct 12~~ (vTA)
TIME: ~~11:00~~ (vTA)
CTRM: ~~5B~~ Theodore Albert (vTA)
411 West Fourth Street
Santa Ana, CA 92701

Motion to uphold enforcement of order denying motion for relief of stay for failure to prosecute.

Due to the order filed and entered on Aug 29, 2012 I am asking that this order be upheld. Thereby, ordering the sheriff department and the bank (Wells Fargo N.A.) and relator Atlantic Pacific ~~sales~~ to release the property back into

Niko Black

miss Niko Blacks possession. On Oct 10, 2012 the orange county sheriff's department with the relator (Atlantic Pacific) proceeded with a lock out on the address 9581 Shannon Ave. Garden Grove, Ca 92844. They did this by ignoring the court order <u>denying</u> relief of automatic stay thereby, violating the courts order. The sheriff's department didn't want to even hear about the court order. Miss Black is extremely ill battling cancer and was forced out of her home at gunpoint. Again, the sheriff department violated the court order for which no other motion has been filed regarding this case. We respectively request the lockout be revoked and possession of the home be granted back into Miss Black hands.

2

12 Oct 12

714-591-6846
or
714 943-7461 Wayne

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3000 Red Hill Ave
Costa Mesa, Ca 92626

A true and correct copy of the foregoing document entitled (specify): Motion to uphold enforcement of order denying motion for relief of automatic stay for failure to prosecute.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 10/12/12, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Keefe Roberts and Associates
6 Venture, Suite 305
Irvine, Ca 92618

Orange County Sheriff's office
Sheriff's civil division, Suite 2
909 N. Main Street
Santa Ana, Ca 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10/12/12        Wayne Dossett        /s/ Wayne Dossett
Date            Printed Name         Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                              **F 9013-3.1.PROOF.SERVICE**