FILED & ENTERED

DEC 03 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: <br><br> Niko Black, <br><br>     Debtor. | Case No.: 8:12-bk-16346-TA <br><br> **ORDER DENYING DEBTOR'S MOTION TO UPHOLD ENFORCEMENT OF ORDER DENYING MOTION FOR RELIEF OF AUTOMATIC STAY FOR FAILURE TO PROSECUTE; NOTICE OF RULING ON ORDER TO SHOW CAUSE RE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR VIOLATION OF THE AUTOMATIC STAY** <br><br> Hearing Date: <br> Date:   November 13, 2012 <br> Time:  11:00 a.m. <br> Courtroom: 5B |

    The Motion of DEBTOR, NIKO BLACK ("Movant") came on for hearing in Courtroom 5B of this Court, the Honorable Theodore C. Albert presiding, on November 13, 2012. The Court held a hearing on its Order to Show Cause re: Why Sanctions Should Not Be

1
JOINT STIPULATION RE PERSONAL PROPERTY RETRIEVAL

Imposed for Violation of the Automatic Stay.  Having reviewed and considered the parties' supporting papers and oral argument, and the pleadings and documents on file in this matter, and for good cause appearing:

**IT IS HEREBY ORDERED THAT:**

The motion is denied under 11 U.S.C. § 362(c)(3).  The stay of 11 U.S.C. § 362(a) terminated on or about June 21, 2012 and had already dissolved by operation of law at the time Wells Fargo executed its Writ of Possession against the Debtor.  The debtor failed to file a motion to extend the automatic stay and there is no basis for the imposition of any sanctions or contempt against Wells Fargo or the Orange County Sheriff's Department because there was no basis for finding either contempt or a violation of the stay.

**IT IS SO ORDERED.**

###

DATED: December 3, 2012

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

6 Venture, Suite 305, Irvine, CA 92618

A true and correct copy of the foregoing document entitled (*specify*): [Proposed] Order Restricting Public Access to Motion to Suspend or Modify Chapter 13 Plan payment docket # 38 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:

On 11/14/2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Trustee (SA) – 411 W. Fourth Street, Suite 9041, Santa Ana, CA 92701-4593
Karen S. Naylor - P.O. Box 504, Santa Ana, CA 92702-0504
Orange County Sheriff's Dept. Attn: Laurie A. Shade– 333 West Santa Ana Blvd., Suite 407, Santa Ana, CA 92701
Atlas Acquisitions – Attn: Avi Schild – 294 Union Street, Hackensack, NJ 070601
Daniel D. Stevens – 224 N. Fair Oaks, 3rd Floor, Pasadena, CA 91103
Keefe Roberts, Esq. 6 Venture, Suite 305, Irvine, CA 92618

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/14/2012 | Kathy Harris | /s/ Kathy Harris |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): [Proposed] Order restricting public access to Motion to Suspend or Modify Chapter 13 Plan payment Docket # 38 was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) 11/28/2012, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Karen S Naylor (TR)    acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com
Keefe E Roberts    bkinfo@kralawfirm.com, kharris@kralawfirm.com,jburris@kralawfirm.com
Avi Schild    bk@atlasacq.com
Laurie A Shade    laurie.shade@coco.ocgov.com, cocotemp2@coco.ocgov.com
Daniel D Stevens    bkmail@stephenrgolden.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

Karen S. Nayor
P.O. Box 504
Santa Ana, CA 92702-0504

United States Trustee (SA)
411 W. Fourth Street, Suite 9041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

5

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9021-1.1.NOTICE.ENTERED.ORDER**