1 | Karen Sue Naylor - Bar No. 144273
P.O. Box 504
2 | Santa Ana, CA 92702-0504
Telephone    (714) 708-3900
3 | Facsimile    (714) 708-3949
Email    knaylor@burd-naylor.com
4 |
Chapter 7 Trustee
5 |
6 |
7 |
8 | **UNITED STATES BANKRUPTCY COURT**
9 | **CENTRAL DISTRICT OF CALIFORNIA**
10 | **SANTA ANA DIVISION**
11 | In re:                                     ) Case No.: 8:12-bk-16346 TA
                                             )
12 | **NIKO BLACK**                             ) Chapter 7
                                             )
13 |                                          ) **DECLARATION AND REQUEST FOR**
                                             ) **ENTRY OF ORDER AUTHORIZING**
14 |                                          ) **CHAPTER 7 TRUSTEE'S**
                                             ) **ABANDONMENT OF PROPERTY OF**
15 |            Debtor                        ) **THE ESTATE**
                                             )
16 |                                          ) [No Hearing Set]
                                             )
17 |
18 |
          I, Karen Sue Naylor, declare that I am the duly appointed, qualified and acting
19 |
Chapter 7 Trustee of the estate of the above-captioned Debtor and that I am
20 |
competent to testify to the following on my own personal knowledge, information and
21 |
belief.
22 |
          1.    The Notice of Chapter 7 Trustee's Intent to Abandon Property of the
23 |
Estate ("Notice") was served on all interested parties on January 24, 2013 and filed
24 |
with the Court. Attached hereto as Exhibit "1" is a true and correct copy of the Notice.
25 |
          2.    The Notice advised the interested parties that any responses and
26 |
requests of hearing as to the proposed abandonment must be filed with the Clerk of
27 |
28 |

the above-entitled Court by no later than fourteen (14) days from the date of service of the Notice and a copy be served upon the Trustee.

3.    The Notice further informed interested parties that pursuant to Local Bankruptcy Rule 6007, the property would be abandoned without further hearing unless, within fourteen (14) days after service of the Notice, a creditor or other interested party filed a written objection and request for hearing.

4.    The time for interested parties to file and serve objections and requests for hearing has expired and to date I have not been served with any objections or requests for hearing regarding this proposed abandonment.

5.    Based on the foregoing, it is respectfully requested that the Court enter the order abandoning the estate's interest in property described as follows:

**Real property located at 9581 Shannon Avenue, Garden Grove, California 92841**

6.    After taking into consideration the value, the liens, and costs of sale, the subject property is burdensome and of inconsequential value to the estate.

I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, I could and would competently testify thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February___11___, 2013 at Santa Ana, California.

Karen Sue Naylor
Chapter 7 Trustee

2

In re Niko Black
Chapter 7 Case No. 8:12-bk-16346 TA

# DECLARATION AND REQUEST FOR ENTRY
# OF ORDER AUTHORIZING CHAPTER 7 TRUSTEE'S
# ABANDONMENT OF PROPERTY OF THE ESTATE

# Exhibit 1

E-FILED
Date: _1-24-13_
Doc No. _76_

1  Karen Sue Naylor - Bar No. 144273
   P.O. Box 504
2  Santa Ana, CA 92702-0504
   Telephone    (714) 708-3900
3  Facsimile    (714) 708-3949
   Email       knaylor@burd-naylor.com
4
   Chapter 7 Trustee
5

6

7

8             UNITED STATES BANKRUPTCY COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                 SANTA ANA DIVISION

11  In re:                          )   Case No.: 8:12-bk-16346 TA
                                     )
12  NIKO BLACK                       )   Chapter 7
                                     )
13                                   )
                                     )
14                                   )   NOTICE OF INTENT TO ABANDON
                                     )   PROPERTY OF THE ESTATE
15              Debtor               )
                                     )   [No Hearing Set]
16  _____ )

17      **PLEASE TAKE NOTICE** that pursuant to Section 554(a) of the Bankruptcy
    Code [11 U.S.C. Section 554(a)], Karen Sue Naylor, the duly appointed, qualified and
18  acting Trustee of the estate of the above-captioned Debtor, intends to abandon the
    following property effective as of the petition date as burdensome and of
19  inconsequential value to the estate:

20      **Real property located at 9581 Shannon Avenue, Garden
        Grove, California 92841**
21
        After taking into consideration the value, the liens, and costs of sale, the subject
22  property is burdensome and of inconsequential value to the estate.

23      Pursuant to Section 554(a) of the Bankruptcy Code [11 U.S.C. Section 554(a)]
    and Federal Rules of Bankruptcy Procedure Rule 6007, said property will be
24  abandoned, without further hearing, or Order, unless within fourteen (14) days after
    service of this notice, a creditor or other interested party files a written objection and
25  request for hearing with the Clerk of the Bankruptcy Court at 411 West Fourth Street,
    Santa Ana CA 92701. **SEE LOCAL BANKRUPTCY RULE 6007-1.**
26

27  Date: January __24__, 2013

28                                   _Karen Sue Naylor Trustee_
                                     Karen Sue Naylor
                                     Chapter 7 Trustee

                    1        Exhibit _____    Page _3_

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  200 West Santa Ana Boulevard, Suite 400, Santa Ana, California 92701.

A true and correct copy of the foregoing document entitled (specify):  **NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below.

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 24, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karen S Naylor (TR)    acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com
Keefe E Roberts    bkinfo@kralawfirm.com, kwilliams@kralawfirm.com
Avi Schild    bk@atlasacq.com
Laurie A Shade    laurie.shade@coco.ocgov.com, cocotemp2@coco.ocgov.com
Daniel D Stevens    bkmail@stephenrgolden.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) January 24, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Niko Black
9581 Shannon Avenue
Garden Grove, CA  92841

☒ Service information continued on attached page.

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 24, 2013, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Judge Theodor C Albert                [via personal delivery to bin near 5th Floor elevators]
U.S. Bankruptcy Court
411 West Fourth Street  Suite 5085
Santa Ana, CA  92701

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 24, 2013 | Morna I. Crouch | |
|---|---|---|
| Date | Type Name | Signature |

Exhibit _____1_____ Page _____4_____

2

Label Matrix for local noticing
0973-8
Case 8:12-bk-16346-TA
Central District Of California
Santa Ana
Thu Jan 24 12:56:16 PST 2013

(c)ORANGE COUNTY SHERIFF'S DEPARTMENT
10 CIVIC CENTER PLZ STE 407
SANTA ANA CA 92701-4017

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

CARRINGTON MORTGAGE LLC
PO BOX 79001
PHOENIX AZ  85062-9001

California Business Bu
1711 Mountain Avenue
Monrovia, CA 91016-4256

Collection Consultants
6100 San Fernando Rd Ste
Glendale, CA 91201-2280

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Personal Income Tax
Bankruptcy PIT MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

Fresn CB Collection
757 L St
Fresno, CA 93721-2904

Grant & Weber
26575 West Agoura Road
Calabasas, CA 91302-2975

KEN D PELT ESQ
KEEFE ROBERTS AND ASSOCIATES
6 VENTURE SUITE 305
IRVINE CA 92618-7371

NIKO BLACK
9581 SHANNON AVE
GARDEN GROVE CA 92841-2625

United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-8000

WELLS FARGO BANK NA
PO BOX 10335
DESMOINES IA  50306-0335

Wayne Dossett
9581 Shannon Dr.
Garden Grove, CA 92841-2625

Daniel D Stevens
The Law Offices of Stephen R Golden
224 N Fair Oaks 3rd Fl
Pasadena, CA 91103-3618

Karen S Naylor (TR)
P.O. Box 504
Santa Ana, CA 92702-0504

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Orange County Sheriff's Department
333 West Santa Ana Blvd. Suite 407
Santa Ana, CA 92701 U.S.A.

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)WELLS FARGO BANK N.A.

(d)Niko Black
9581 Shannon Ave
Garden Grove, CA 92841-2625

Exhibit_____/_____Page_____5____

End of Label Matrix
Mailable recipients     16
Bypassed recipients      3
Total                   19

## File a Notice:

8:12-bk-16346-TA Niko Black

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 8 (Santa Ana) |
| Assets: n | Debtor disposition: Standard Discharge | Judge: TA |

Case Flag: PRVDISM, APPEAL

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Karen S Naylor (TR) entered on 1/24/2013 at 2:25 PM PST and filed on 1/24/2013

**Case Name:** Niko Black
**Case Number:** 8:12-bk-16346-TA
**Document Number:** 78

**Docket Text:**
Notice of Proposed Abandonment of Property of the Estate , *with Proof of Service* Filed by Trustee Karen S Naylor (TR). (Naylor (TR), Karen)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Notice of Intent to Abandon Property of Estate.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=1/24/2013] [FileNumber=61633309-0] [28dad2580b47cb89388eab9dd3db7299b5dcdb4e3bec620dd5553e6982ebe33f88 4c1939602e04563c138936cfe5a7012bfaa472f36a7b9aecec6795326f7f23]]

**8:12-bk-16346-TA Notice will be electronically mailed to:**

Karen S Naylor (TR)
acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com

Keefe E Roberts on behalf of Creditor WELLS FARGO BANK N.A.
bkinfo@kralawfirm.com, kwilliams@kralawfirm.com

Avi Schild on behalf of Interested Party Courtesy NEF
bk@atlasacq.com

Laurie A Shade on behalf of Interested Party Courtesy NEF
laurie.shade@coco.ocgov.com, cocotemp2@coco.ocgov.com

Daniel D Stevens on behalf of Debtor Niko Black
bkmail@stephenrgolden.com

Exhibit ___1___ Page ___7___

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

**8:12-bk-16346-TA Notice will not be electronically mailed to:**

Exhibit _____/_____ Page _____

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is;  200 West Santa Ana Boulevard, Suite 400, Santa Ana, California 92701.

A true and correct copy of the foregoing document entitled (specify):  **DECLARATION AND REQUEST FOR ENTRY OF ORDER AUTHORIZING CHAPTER 7 TRUSTEE'S ABANDONMENT OF PROPERTY OF THE ESTATE**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b)  in the manner indicated below.

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February ___11___ , 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karen S Naylor (TR)    acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com
Keefe E Roberts    bkinfo@kralawfirm.com, kwilliams@kralawfirm.com
Avi Schild    bk@atlasacq.com
Laurie A Shade    laurie.shade@coco.ocgov.com, cocotemp2@coco.ocgov.com
Daniel D Stevens    bkmail@stephenrgolden.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date* February ___11___ , 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Niko Black
9581 Shannon Avenue
Garden Grove, CA   92841

☐ Service information continued on attached page.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February ___11___ , 2013, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Judge Theodor C Albert                    [via personal delivery to bin near 5th Floor elevators]
U.S. Bankruptcy Court
411 West Fourth Street   Suite 5085
Santa Ana, CA  92701

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February  11  , 2013 | Morna I. Crouch | |
|---|---|---|
| Date | Type Name | Signature |

3